**Order entered November 23, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00880-CV

## IN RE CONNIE AND ALEXANDER PRITCHARD, Relators

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-1214**

## ORDER
Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **STRIKE** John Rod Thomas's October 21, 2020 "Notice of Voluntary Dismissal," and **DENY** relators' November 3, 2020 amended petition for writ of supervision and writ of mandamus.

In addition, we **DIRECT** our Clerk to transmit to the Unauthorized Practice of Law Committee (UPLC) of the State of Texas certified copies of this order, the filing receive-dated October 6, 2020, and this Court's notice letter dated October 13, 2020.

/s/    DAVID EVANS
        JUSTICE